

# NUMBER 13-15-00136-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

## EX PARTE ROSA MARIA CRUCES

**On appeal from the 197th District Court
of Cameron County, Texas.**

# ORDER

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

On October 15, 2014, appellant Rosa Maria Cruces filed her application for writ of habeas corpus in trial court cause number 2010-CR-2257-C. Following an evidentiary hearing, the trial court denied Cruces's application. Cruces filed her notice of appeal from the denial of her application. The trial court's certification of the defendant's right to appeal, however, showed that this "is a plea bargain case, and the Defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

The Texas Rules of Appellate Procedure provide that we must dismiss an appeal if a certification showing that a defendant has a right of appeal is not made a part of the record. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4.2. Therefore, on April 15, 2015, we ordered Cruces's appellate counsel to review the record to determine whether Cruces has a right to appeal and to file a motion with this Court identifying and explaining reasons why Cruces has a right to appeal, if it is so determined. *See* TEX. R. APP. P. 44.3, 44.4; *see also* TEX. R. APP. P. 10.1, 10.2. On June 22, 2015, in response to our April 15 order, Cruces's appellate counsel filed a document titled "Certification of Right of Appeal."

The Court now requests that the State of Texas, acting by and through the District Attorney of Cameron County, file a response on or before the expiration of ten days from the date of this order. The response should state whether the trial court's certification of Cruces's right to appeal the denial of her application for writ of habeas corpus is correct or incorrect. The State should identify and explain reasons establishing its position, reasons supported by authority and the record. If the State determines there is no reason why Cruces does not have a right to appeal, the response should advise this Court as to the existence of any amended certification.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of July, 2015.

2